IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

MARTIN LEWIS,

            Defendant.

Case No. 8:16CR125

Order

Before the Court is the request for transcript of hearing held on March 29, 2016 [16].

IT IS ORDERED:

1. The request for transcript, filing [22] is granted.

2. Requestor Kishia Lewis, is ordered to pay to the Clerk the amount of $53.35. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $53.35, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on March 29, 2016. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: May 6, 2016

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge