IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MARTIN LEWIS,<br><br>                  Defendant. | Case No. 8:16CR125<br><br>Order |

Before the Court is the request for transcript of hearing held on March 28, 2016 [Filing No. 10].

IT IS ORDERED:

1. The request for transcript, Filing No. 22 is granted.

2. Requestor Kishia Lewis, is ordered to pay to the Clerk of Court the amount of $53.35. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $53.35, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on March 28, 2016. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: May 4, 2016

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge